COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUANA ORTIZ-DE LOZANO, individually and on behalf of the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>N.A.R., INC. d/b/a NORTH AMERICAN RECOVERY, a foreign corporation,<br><br>Defendant. | Case Number:<br>2:21-cv-01774-APG-BNW<br><br><br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff, Juana Ortiz-De Lozano ("Plaintiff") and Defendant, N.A.R., Inc. d/b/a North American Recovery ("Defendant"), conducted a telephonic conference related to the filing of the Proposed First Amended Complaint (attached as Exhibit 1). The Parties, by and through their respective attorneys of record, stipulate as follows:

IT IS HEREBY STIPULATED that Plaintiff is entitled to file the Proposed First Amended Complaint.

IT IS FURTHER STIPULATED that the Motion to Dismiss (Dkt. No. 6) filed by Defendant shall be considered by this Court on the merits, as the Proposed First Amended

Complaint is not impacted by the legal concerns raised in the Motion to Dismiss. Accordingly, this Court exercises its discretion to consider the Motion to Dismiss as presently briefed by the Parties.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 15th day of December, 2021. | Dated this 15th day of December, 2021. |
| COGBURN LAW | DONNA ARMENTA LAW |
| By: */s/Erik W. Fox*<br> Jamie S. Cogburn, Esq.<br> Nevada Bar No. 8409<br> Erik W. Fox, Esq.<br> Nevada Bar No. 8804<br> 2580 St. Rose Parkway, Suite 330<br> Henderson, Nevada 89074<br> *Attorneys for Plaintiff* | By: */s/Ronald F. Price, Esq.*<br> Donna Armenta, Esq.<br> Nevada State Bar No. 6527<br> 4955 S Durango Dr., Suite 174<br> Las Vegas, NC 89113<br><br> PRICE PARKINSON & KERR, PLLC<br> Jason M. Kerr, Esq.<br> Nevada State Bar No. 7773<br> Ronald F. Price, Esq.<br> (PHV pending)<br> 5742 West Harold Gatty Drive Suite 101<br> Salt Lake City, Utah 84116<br> *Attorneys for Defendant* |

**Order**

IT IS ORDERED that ECF No. 27 is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is to detach and separately file ECF No. 27-1 on the docket.

**IT IS SO ORDERED**
**DATED:** 12:39 pm, December 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**