# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUANA ORTIZ-DE LOZANO, | Case No.: 2:21-cv-01774-APG-BNW |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | |
| N.A.R., INC., | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 37),

I ORDER that all pending motions **(ECF Nos. 6, 9, 14) are DENIED as moot**.

DATED this 31st day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE