COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUANA ORTIZ-DE LOZANO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>N.A.R., INC. d/b/a NORTH AMERICAN RECOVERY, a foreign corporation,<br><br>Defendant. | Case Number:<br>2:21-cv-01774-APG-BNW<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Juana Ortiz-De Lozano ("Plaintiff") and Defendant, N.A.R., Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall

be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 18th day of February, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 18th day of February, 2022.

DONNA ARMENTA LAW

By: */s/Ronald F. Price*
    Donna Armenta, Esq.
    Nevada Bar No. 6527
    4955 S. Durango Drive, Suite 174
    Las Vegas, Nevada 89113

    PRICE PARKINSON & KERR, PLLC
    Jason M. Kerr, Esq.,
    Nevada Bar No. 7773
    Ronald F. Price, Esq.
    *Admitted Pro Hac Vice*
    5742 West Harold Gatty Drive, Suite 101
    Salt Lake City, Utah 84116
    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

        February 21, 2022
_____
DATE